# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-06-00534-CV

**Michael Gary Erickson, II, Appellant**

**v.**

**Ron Wood, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY, NO. 275509, HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellant Michael Gary Erickson no longer wishes to pursue his appeal and has filed a motion to dismiss. We grant the motion and dismiss the appeal. Tex. R. App. P. 42.1(a).

 

Bob Pemberton, Justice

Before Chief Justice Law, Justices B.A. Smith and Pemberton

Dismissed on Appellant's Motion

Filed: October 5, 2006